UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

GWENDOLYN WASHINGTON,

    Defendant/Petitioner,

_____/

Case No. 10-20202 / 12-15266
           11-20248 / 12-15250
           11-20469 / 13-10551

HON. JOHN CORBETT O'MEARA

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is a report and recommendation filed on September 5, 2013 by Magistrate Judge Paul J. Komives.  On September 26, 2013 Defendant filed objections to the report and recommendation.  On October 17, 2013 the Government filed a response to the objections.

This Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. 28 U.S.C. § 636(b)(1)(C).  The Court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having reviewed the record, it is hereby ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this Court, and

Defendant's motions to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 are DENIED.

It is further ORDERED that a certificate of appealability is DENIED.

s/John Corbett O'Meara
United States District Judge

Date:  March 31, 2014

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 31, 2014, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager

2